



## Notice Concerning Consumer and Investigative Consumer Reports

This form, which you should read carefully, has been provided to you because Sears Holdings Corporation may request consumer reports or investigative consumer reports in connection with your application for employment, or at any time during the course of your employment with SHC, if any, for purposes of evaluating your suitability for employment, promotion, reassignment or retention as an associate. Additionally, in the event that claims or disputes between you and SHC are filed with any third parties, SHC may request consumer reports or investigative consumer reports for purposes of evaluation and response, regardless of whether you remain in the employ of SHC at the time such claims or disputes arise.

The types of reports that may be requested from consumer reporting agencies under this policy include, but are not limited to, credit reports, criminal records checks, court records checks, driving records, and/or summaries of educational and employment records and histories. The information contained in these reports may be obtained by a consumer reporting agency from sources such as public records, proprietary databases or through personal interviews with your co-workers, neighbors, friends, associates, current or former employers, or other personal acquaintances.

If offered a position, would you be willing to allow Sears Holdings Corporation to do a retail theft and/or criminal background check?



Powered by Odyssey
Terms and Conditions

    

