4500 S 129TH E AVE
SUITE 200
TULSA, OK     74134



July 25, 2011

ERIC D PITT
▬▬▬▬▬▬▬▬▬▬▬▬▬▬
NEWPORT NEWS VA 23608

Dear ERIC:

As you will recall, you authorized the Sears Holdings Corporation company to which you applied to conduct a background check in connection with your application of employment. The enclosed consumer report contains information that we will use in making an employment decision about you. Enclosed also is a summary of your rights provided under the Fair Credit Reporting Act. If you applied in ME, NJ, or WA, a state-specific summary of rights is also enclosed.

The enclosed report was furnished by:

HireRight (formerly USIS)
Consumer Department
P.O. Box 33181
Tulsa, OK  74153
Phone: (877) 858-4165

As set forth in the enclosed summary of rights, you may dispute inaccurate or incomplete information by contacting HireRight as prescribed in the summary. Furthermore, facts supporting your dispute with the report or exculpatory information must be shared with a background check evaluator at 1-888-88Sears no later than five (5) business days from the date of this letter.

Sincerely,

HUMAN RESOURCES

EXHIBIT B