**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

**ERIC DANTE PITT,**
**For himself and on behalf of all**
**Similarly situated individuals,**

          **Plaintiff**

**v.**                              **CASE NO. 3:11-cv-00697-JAG**

**K-MART CORPOORATION,**
**A wholly owned subsidiary of Sears**
**Holdings Corporation,**

          **Defendant.**

## <u>NOTICE OF APPEARANCE</u>

Leonard A. Bennett, Esq., of Consumer Litigation Associates, P.C., 763 J. Clyde Morris

Blvd., Suite 1-A, Newport News, VA 23601 hereby notes his appearance as counsel in this case

on behalf of the Plaintiff.

Please copy him with all matters in this case.

                              **ERIC DANTE PITT,**
                              **For himself and on behalf of all**
                              **Similarly situated individuals,**

                           _____/s/_____

                              Leonard A. Bennett, Esq.
                              VSB #37523
                              Attorney for Plaintiff
                              CONSUMER LITIGATION
                              ASSOCIATES, P.C.
                              763 J. Clyde Morris Boulevard, Suite 1-A
                              Newport News, Virginia 23601
                              (757) 930-3660 - Telephone
                              (757) 930-3662 – Facsimile
                              lenbennett@cox.net