# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia
Richmond Division

FILED
FEB 27 2012
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

| | |
|---|---|
| Eric Dante Pitt, for himself and on behalf of all similarly situated individuals <br> *Plaintiff* <br> v. <br> K-Mart Corporation, a wholly owned subsidiary of Sears Holdings Corporation <br> *Defendant* | ) ) ) ) ) ) ) ) ) <br> Civil Action No. 3:11CV697 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* K-Mart Corporation, a wholly owned subsidiary of Sears Holdings Corporation
CT Corporation System, Registered Agent
4701 Cox Road, Suite 301
Glen Allen, VA 23060

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Christopher Colt North
The Consumer & Employee Rights Law Firm, P.C.
751-A Thimble Shoals Boulevard
Newport News, VA 23606

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: October 19, 2011

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* K-Mart Corporation
was received by me on *(date)* 1/26/12.

☐ I personally served the summons on the individual at *(place)* 4701 Cox Rd, Ste 301, Glen Allen VA 23060 on *(date)* 1/27/12 @ 11:25am; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Adam Carr, who is designated by law to accept service of process on behalf of *(name of organization)* K-Mart Corporation CT Corporation System, R/A on *(date)* 1/27/12, 11:25am; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 1-27-12

*Server's signature*

Sheri P. Cogle, Process Server
*Printed name and title*

3420 Pump Rd #114, Henrico VA 23233
*Server's address*

Additional information regarding attempted service, etc:

## Service Authorization

CT Corporation System is registered agent for various corporations, limited liability companies and partnerships. The following persons are designated in the office of the corporation upon whom any process, notice or demand may be served as representatives of the Corporation.

Tinika C. Baylor

Katie E. Bush

Teresa Brown

Adam Carr

Dacia Jamison

Jabrel Samuel

Tyler Puryear

This authorization pertains to the authority of individuals to receive process on behalf of CT Corporation System and Business Filings Incorporated. It does not certify the receipt or acceptance of any specific process.

_____
Tinika C. Baylor
Corporate Operations Manager
CT Corporation System
A Wolters Kluwer Company

State of Virginia
County of Henrico

This day personally appeared before me, Tinika C. Baylor, whose name is signed above and who, being first duly sworn, upon her oath, states that the foregoing Affidavit is true to the best of her knowledge and belief.

Subscribed and sworn before me this ___9___ day of __Dec.__, ~~2010~~ 2011

#286304

_____
Notary Public
Teresa Brown

# The Consumer & Employee Rights Law Firm, P.C.

751-A Thimble Shoals Blvd, Newport News, Virginia 23606
Telephone: (757) 873-1010, Facsimile: (757) 873-8375

Christopher Colt North, Attorney
cnorthlaw@aol.com
William L. Downing, Attorney
wdowninglaw@aol.com

Stephanie V. Miner, Paralegal,
Administrative Assistant
and Office Manager
sminerlaw@aol.com

February 22, 2012

United States District Court
Eastern District of Virginia
Attn: Fernando Galindo, Clerk
701 East Broad Street
Richmond, VA 23219

RE: Eric Dante Pitt v. K-Mart Corporation
Civil Action No.: 3:11cv697

Dear Mr. Galindo:

    I enclose the Summons in a Civil Action with the process servers return for filing in the above-referenced matter.

Very truly yours,

Christopher Colt North

CCN:st

