UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division



ERIC DANTE PITT, for himself
And on behalf of all similarly situated
individuals,

    Plaintiff,

v.

KMART CORPORATION,
A wholly owned subsidiary of Sears
Holdings Corporation,

    Defendants.

Civil Action No. 3:11-cv-697



### STIPULATION AND AGREED ORDER REGARDING THE FILING OF AMENDED COMPLAINT

COMES THIS DAY Defendant Kmart Corporation, a wholly owned subsidiary of Sears Holdings Corporation ("Kmart"), by counsel, and Plaintiff Eric Dante Pitt ("Plaintiff"), for himself and on behalf of all similarly situated individuals, by counsel, and the parties jointly move this Honorable Court for the entry of this Stipulation and Agreed Order Regarding the Filing of an Amended Complaint:

IT APPEARING TO THE COURT from the representation of the parties that Plaintiff plans to file an Amended Complaint that will make major changes to the nature of the action, including by joining a new party, and that the parties agree that Kmart will file its response to the Amended Complaint in accordance with terms of the Rule 12(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

UPON CONSIDERATION WHEREOF, for good cause shown and by agreement of counsel for the parties, it is hereby,

ORDERED, ADJUDGED and DECREED that Plaintiff shall file an Amended Complaint in this action on or before March 16, 2012, and it is further,

430116v1

ORDERED, ADJUDGED and DECREED that Defendant shall file its responsive pleading(s) within 21 days of the filing the Amended Complaint, as contemplated by Rule 12(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

ENTERED this 16th day of March, 2012.

/s/
John A. Gibney, Jr.
United States District Judge

John A. Gibney, Jr.
United States District Court Judge

SO STIPULATED:

John C. Lynch
Virginia State Bar No. 39267
*Attorney for Kmart Corporation*
TROUTMAN SANDERS LLP
222 Central Park Ave., Suite 2000
Virginia Beach, Virginia 23462
Telephone No.: (757) 687-7765
Facsimile No.: (757) 687-7515
Email: john.lynch@troutmansanders.com

Alan D. Wingfield
Virginia State Bar No. 27489
*Attorney for Kmart Corporation.*
TROUTMAN SANDERS LLP
1001 Haxall Point (23219)
P. O. Box 1122
Richmond, VA 23218-1122
Telephone: (804) 697-1350
Facsimile: (804) 698-5172
alan.wingfield@troutmansanders.com

Leonard A. Bennett
Virginia State Bar No.: 37523
*Counsel for Plaintiff*
CONSUMER LITIGATION
ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601
Phone: (757) 930-3660
Fax: (757) 930-3662
len@clalegal.com

431749v1

2