UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

**ERIC DANTE PITT, for himself**
**And on behalf of all similarly situated**
**individuals,**

        **Plaintiff,**

**v.**

**KMART CORPORATION,**
A wholly owned subsidiary of Sears
Holdings Corporation,

**and**

**SEARS HOLDINGS CORPORATION,**

        **Defendants.**

Civil Action No. 3:11-cv-697

## DEFENDANT KMART CORPORATION'S
## FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Defendant Kmart Corporation**, Defendant in the above captioned action, certifies that the following are parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public or own more than ten percent of the stock of the following: Kmart Corporation, a Michigan Corporation, is a wholly-owned subsidiary of Kmart Holding Corporation. Kmart Holding Corporation, a Delaware Corporation, is a wholly-owned subsidiary of Sears Holdings Corporation, a Delaware Corporation.

432974v1

Dated:  April 6, 2012

Respectfully Submitted,

**KMART CORPORATION**

By:    /s/ John C. Lynch
               Of Counsel

John C. Lynch
Virginia State Bar No. 39267
*Attorney for Kmart Corporation.*
TROUTMAN SANDERS LLP
222 Central Park Ave., Suite 2000
Virginia Beach, Virginia 23462
Telephone No.: (757) 687-7765
Facsimile No.: (757) 687-7515
Email:  john.lynch@troutmansanders.com

432974v1

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of April, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will then send a notification of such filing (NEF) to the following:

**Counsel for Plaintiff**
Christopher Colt North
The Consumer and Employee Rights Law Firm
751-A Thimble Shoals Blvd.
Newport News, VA 23606
cnorthlaw@aol.com

Leonard A. Bennett
Consumer Litigation Associates
763 J Clyde Morris Boulevard, Suite 1A
Newport News, Virginia 23601
Email: lenbennett@cox.net

/s/ John C. Lynch
John C. Lynch
Virginia State Bar No. 39267
*Attorney for Kmart Corporation.*
TROUTMAN SANDERS LLP
222 Central Park Ave., Suite 2000
Virginia Beach, Virginia 23462
Telephone No.: (757) 687-7765
Facsimile No.: (757) 687-7515
Email:  john.lynch@troutmansanders.com

431568v1

432974v1