UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

ERIC DANTE PITT, for himself
And on behalf of all similarly situated
individuals,

      Plaintiff,

v.

KMART CORPORATION,
A wholly owned subsidiary of Sears
Holdings Corporation,

and

SEARS HOLDINGS CORPORATION,

      Defendants.

Civil Action No. 3:11-cv-697

## DEFENDANT SEARS HOLDINGS CORPORATION'S
## FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Defendant Sears Holdings Corporation**, Defendant in the above captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

Dated:  April 6, 2012                        Respectfully Submitted,

                                                  **SEARS HOLDINGS CORPORATION**

                                                  By:   /s/ John C. Lynch
                                                           Of Counsel

John C. Lynch
Virginia State Bar No. 39267
*Attorney for Sears Holdings Corporation*
TROUTMAN SANDERS LLP
222 Central Park Ave., Suite 2000
Virginia Beach, Virginia 23462
Telephone No.: (757) 687-7765
Facsimile No.: (757) 687-7515
Email:  john.lynch@troutmansanders.com

# CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of April, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will then send a notification of such filing (NEF) to the following:

**Counsel for Plaintiff**
Christopher Colt North
The Consumer and Employee Rights Law Firm
751-A Thimble Shoals Blvd.
Newport News, VA 23606
cnorthlaw@aol.com

Leonard A. Bennett
Consumer Litigation Associates
763 J Clyde Morris Boulevard, Suite 1A
Newport News, Virginia 23601
Email: lenbennett@cox.net

    /s/ John C. Lynch
    John C. Lynch
    Virginia State Bar No. 39267
    *Attorney for Sears Holdings Corporation*
    TROUTMAN SANDERS LLP
    222 Central Park Ave., Suite 2000
    Virginia Beach, Virginia 23462
    Telephone No.: (757) 687-7765
    Facsimile No.: (757) 687-7515
    Email: john.lynch@troutmansanders.com

431568v1

432975v1