UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

**ERIC DANTE PITT, for himself**
**And on behalf of all similarly situated**
**individuals,**

      Plaintiff,

v.

**KMART CORPORATION,**
A wholly owned subsidiary of Sears
Holdings Corporation,

and

**SEARS HOLDINGS CORPORATION,**

      Defendants.

Civil Action No. 3:11-cv-697

## DEFENDANTS' MOTION TO DISMISS
## COUNTS I AND II OF THE AMENDED CLASS COMPLAINT

Defendants Kmart Corporation and Sears Holdings Corporation submit this Motion to Dismiss Counts I and II of Plaintiff Eric Dante Pitt's ("Plaintiff") Amended Class Complaint pursuant to Rules 12(b)(6) and 12(b)(1) of the Federal Rules of Civil Procedure. For the reasons stated in the accompanying Memorandum in Support, Kmart Corporation and Sears Holdings Corporation respectfully request that the Court grant their motion and dismiss Counts I and II of Plaintiff's Amended Class Complaint.

Dated: April 6, 2012

Respectfully Submitted

**KMART CORPORATION &**
**SEARS HOLDINGS CORPORATION**

By:   /s/ John C. Lynch
      Of Counsel

433025v1

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of April, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will then send a notification of such filing (NEF) to the following:

**Counsel for Plaintiff**
Christopher Colt North
The Consumer and Employee Rights Law Firm
751-A Thimble Shoals Blvd.
Newport News, VA 23606
cnorthlaw@aol.com

Leonard A. Bennett
Consumer Litigation Associates
763 J Clyde Morris Boulevard, Suite 1A
Newport News, Virginia 23601
Email: lenbennett@cox.net

    /s/ John C. Lynch
    John C. Lynch
    Virginia State Bar No. 39267
    *Attorney for Defendants*
    TROUTMAN SANDERS LLP
    222 Central Park Ave., Suite 2000
    Virginia Beach, Virginia 23462
    Telephone No.: (757) 687-7765
    Facsimile No.: (757) 687-7515
    Email: john.lynch@troutmansanders.com