## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION



**ERIC DANTE PITT,**
*for himself and on behalf of all*
*similarly situated individuals,*

        Plaintiff,

v.                                Civil Action No: 3:11-cv-00697-JAG

**SEARS HOLDINGS CORPORATION**

and

**K-MART CORPORATION,** *a wholly*
*Owned subsidiary of Sears Holdings Corporation,*

        **Defendants.**

### *AGREED ORDER*

Upon the stipulation and agreement of the Parties, by counsel, IT IS ORDERED that,

1.     Counts One and Two of the Amended Complaint (Dkt No. 8) are dismissed with prejudice;

2.     The Parties' legal positions differ as to certain arguments made in the Defendants' Motion to Dismiss and they do not intend this stipulation to resolve such disagreements;

3.     Defendants' Motion to Dismiss (Dkt No. 11) is denied as moot.

4.     Defendants will file an answer to the Amended Complaint no later than 14 days from entry of this order.

ENTERED this 23rd day of April, 2012.



/s/
_____
John A. Gibney, Jr.
United States District Judge

_____
The Honorable John A. Gibney, Jr.

_____
Leonard A. Bennett, Esq.
VSB #37523
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
E-mail:lenbennett@clalegal.com

*Counsel for Plaintiff*

_____
Alan D. Wingfield, Esq.
Troutman Sanders LLP
Troutman Sanders Bldg
1001 Haxall Point
PO Box 1122
Richmond, VA 23219
E-mail: alan.wingfield@troutmansanders.com

*Counsel for Defendant*

The Honorable John A. Gibney, Jr.

_____
Leonard A. Bennett, Esq.
VSB #37523
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
E-mail:lenbennett@clalegal.com

*Counsel for Plaintiff*

_____
Alan D. Wingfield, Esq.
Troutman Sanders LLP
Troutman Sanders Bldg
1001 Haxall Point
PO Box 1122
Richmond, VA 23219
E-mail: alan.wingfield@troutmansanders.com

*Counsel for Defendant*