IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ERIC DANTE PITT, for himself and on
behalf of all similarly situated individuals,

    Plaintiff,

v.                              Civil Action No. 3:11cv697

KMART CORPORATION,
A wholly owned subsidiary of Sears
Holdings Corporation,

and

SEARS HOLDINGS CORPORATION,

    Defendants.

## AGREED ORDER

CAME NOW Defendants Kmart Corporation and Sears Holdings Corporation, by counsel, with consent of Plaintiff Eric Dante Pitt, by counsel, (collectively the "Parties") upon their Consent Motion for Entry of Agreed Order regarding timing of Privilege Log,

UPON CONSIDERATION WHEREOF, for good cause shown and by agreement of the Parties, it is hereby,

ORDERED, ADJUDGED and DECREED that the Parties' Consent Motion for Entry of Agreed Order regarding timing of Privilege Log be, and hereby is, GRANTED, and it is further,

ORDERED, ADJUDGED and DECREED that the time within which a party may serve a required privilege log shall be enlarged to 45 days of the other party's service of discovery request to which the log pertains. The parties may extend this time period by mutual agreement or, if necessary, any party may file a motion for an extension with the Court.

The Clerk is directed to send a copy of this Order to counsel of record.

ENTERED this 25th day of June, 2012.

/s/ _____
John A. Gibney, Jr.
United States District Judge
The Honorable John A. Gibney
United States District Court Judge

| WE ASK FOR THIS: | SEEN AND AGREED: |
|---|---|
| /s/ John C. Lynch<br>John C. Lynch<br>Virginia State Bar No. 39267<br>*Attorney for Kmart Corporation and Sears Holdings Corporation*<br>TROUTMAN SANDERS LLP<br>222 Central Park Ave., Suite 2000<br>Virginia Beach, Virginia 23462<br>Telephone No.: (757) 687-7765<br>Facsimile No.: (757) 687-7515<br>Email: john.lynch@troutmansanders.com | /s/ Leonard A. Bennett<br>Leonard A. Bennett<br>Virginia State Bar No. 37523<br>*Attorney for Plaintiff*<br>Consumer Litigation Associates, P.C.<br>12515 Warwick Boulevard, Suite 100<br>Newport News, VA 23606<br>Telephone No. (757) 930-3660<br>Facsimile No. (757) 930-3662<br>Email: lenbennett@clalegal.com<br><br>Christopher Colt North<br>Virginia State Bar No.: 16955<br>*Counsel for Plaintiff*<br>The Consumer and Employee Rights Law Firm<br>751-A Thimble Shoals Blvd.<br>Newport News, VA 23606<br>Phone: (757) 873-1010<br>Fax: (757) 873-8375<br>cnorthlaw@aol.com |