**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

**ERIC DANTE PITT, for himself**
**And on behalf of all similarly situated**
**individuals,**

        **Plaintiff,**                                    Civil Action No. **3:11-cv-697**

**v.**

**KMART CORPORATION,**
**A wholly owned subsidiary of Sears**
**Holdings Corporation,**

**and**

**SEARS HOLDINGS CORPORATION,**

        **Defendants.**

**DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO**
**SUPPLEMENT THEIR PRIVILEGE LOG**

Kmart Corporation ("Kmart") and Sears Holdings Corporation ("Sears" and collectively with Kmart, "Defendants"), by counsel and pursuant to Federal Rule of Civil Procedure 6(b)(1), submit this Motion For an Extension of Time to Supplement Their Privilege Log.  For the reasons set forth in the accompanying memorandum in support, Defendants respectfully request the Court grant their motion.

Dated: July 16, 2012                              Respectfully Submitted,

                                        **KMART CORPORATION &**
                                        **SEARS HOLDINGS CORPORATION**

                                        By:   /s/ John C. Lynch
                                                  Of Counsel

John C. Lynch
Virginia State Bar No. 39267
*Attorney for Defendants*
TROUTMAN SANDERS LLP
222 Central Park Ave., Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7765
Facsimile: (757) 687-1504
Email:  john.lynch@troutmansanders.com

Alan D. Wingfield
Virginia State Bar No. 27489
*Attorney for Defendants.*
TROUTMAN SANDERS LLP
1001 Haxall Point (23219)
P. O. Box 1122
Richmond, VA 23218-1122
Telephone: (804) 697-1350
Facsimile:  (804) 698-5172
Email: alan.wingfield@troutmansanders.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 16th day of July, 2012, I electronically filed the foregoing

document with the Clerk of the Court using the CM/ECF system, which will send notification of

such filing to the following CM/ECF participants:

**<u>Counsel for Plaintiff</u>**
Christopher Colt North
The Consumer and Employee Rights Law Firm
751-A Thimble Shoals Blvd.
Newport News, VA 23606
cnorthlaw@aol.com

Leonard A. Bennett
Consumer Litigation Associates
763 J Clyde Morris Boulevard, Suite 1A
Newport News, Virginia 23601
Email: lenbennett@cox.net

    /s/ John C. Lynch
John C. Lynch
Virginia State Bar No. 39267
Attorney for Defendants
TROUTMAN SANDERS LLP
222 Central Park Ave., Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7765
Facsimile: (757) 687-1504
Email: john.lynch@troutmansanders.com

20039197v1

3