- LAW OFFICES -

## SMEDAL & HARRALSON

600 WEST MAIN STREET, SUITE 100
LOUISVILLE, KENTUCKY 40202
Telephone: (502) 540-5700
Telecopier: (502) 540-1200
msmedal@600westmain.com

MARK A. SMEDAL

Admitted in Kentucky
and Indiana

November 25, 2008

USIS Commercial Services, Inc.
ATTN: Consumer Disputes
Post Office Box 33181
Tulsa, Oklahoma 74153

  Re: <u>Kimberly G. Goff</u>
    DOB: ■■■■■■■■■■
    SSN: ■■■■■■■
    Consumer Reporting Agency: US Investigations Services

Dear Sir or Madam:

  The undersigned and this law firm are legal counsel to Ms. Kimberly G. Goff with respect to inaccurate information concerning her set forth on a consumer report prepared by US Investigations Services ("USIS"). A copy of the consumer report is enclosed for your ready reference.

  The consumer report was provided to one or more businesses to which Ms. Goff had applied for employment. As a result of the inaccurate information on the consumer report, Ms. Goff has been denied employment.

  Ms. Goff has previously submitted a "USIS Consumer Report Dispute Form". An extra copy of the dispute form is enclosed for your ready reference. We do not believe that the dispute form is formatted in a manner that is adequate to clearly set forth the incorrect information on the consumer report. Therefore, please allow this correspondence to specifically identify the incorrect information on the consumer report. The references below are to the page numbers and headings of the consumer report.

Pages 1 & 2: <u>Tractocrim-Request-Address History Search</u>:

  Incorrect address:    Kim E. Goff
            1016 Bluegrass Avenue
            Louisville, Kentucky 40215-2314
            11-06 to 05-07

            Ms. Goff has never lived at this address. We also
            note the non-matching middle initial of the person
            listed.

**SMEDAL & HARRALSON**

US Commercial Services, Inc.
November 25, 2008
Page 2

| | |
|---|---|
| Incorrect address: | Post Office Box 16813<br>Louisville, Kentucky 40256-0813<br>08-06 to 03-07 |
| | Ms. Goff has never utilized this Post Office box. |
| Incorrect address: | 1027 Bluegrass Avenue<br>Louisville, Kentucky 40215-2314<br>12-06 |
| | Ms. Goff has never lived at this address |
| Incorrect address: | 2307 Mary Catherine Drive<br>Louisville, Kentucky 40216-4317<br>10-05 to 02-06 |
| | Ms. Goff has never lived at this address |
| Incorrect Bankruptcy reference: | CHP7-Joint-0538686-10-12-05<br>Cincinnati, Ohio 45263-0001.<br>11-05 |
| | We presume that this entry relates to a Chapter 7 bankruptcy proceeding. Ms. Goff has never filed for bankruptcy. |
| Incorrect address: | 5209 Cane Run Road, Trlr 51<br>Louisville, Kentucky 40216-1155<br>03-05 |
| | Ms. Goff has never lived at this address. |
| Incorrect address: | 3809 Dixie Highway<br>Louisville, Kentucky 40216-4117<br>05-01 to 12-04 |
| | Ms. Goff has never lived at this address. |

SMEDAL & HARRALSON

US Commercial Services, Inc.
November 25, 2008
Page 3

| | |
|---|---|
| Incorrect address: | 3441 Fernheather Drive<br>Louisville, Kentucky 40216-4733<br>11-95 to 08-04 |
| | Ms. Goff has never lived at this address. |
| Incorrect Social Security Numbers: | 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<br>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<br>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 |
| | None of these Social Security Numbers belongs to Ms. Goff or has ever been used by Ms. Goff. |
| Incorrect Name of Spouse: | Robert |
| | Ms. Goff has never been married to anyone named "Robert". |

**Pages 5 thru 7: <u>Criminal-County-Request - USMA County Criminal</u>:**

| | |
|---|---|
| Incorrect Criminal Record: | The entries which begin at the foot of Page 5 and which continue on through Page 7 are for criminal proceedings in Hamilton County, Ohio. These entries appear to relate to some sort of felony charges and a related warrant. Ms. Goff has never been involved in any criminal proceedings in Hamilton County or the State of Ohio. |

It appears that the only thing that the above entries have in common with Ms. Goff is that a sloppy search by USIS turned up information concerning one or more other persons named Goff. Even the most superficial review of these entries provides ample indication that they are not related to our client.

As a result of the recklessness, or at least negligence of USIS, Ms. Goff has been denied employment. We demand the immediate correction/deletion with respect to the false information outlined above. We further demand that a corrected version of the consumer report be promptly provided to:

Sears Louisville Oxmoor CtrK
7900 Shelbyville Road
Louisville, Kentucky 40222
ATTN: _Allen Martin_

**SMEDAL & HARRALSON**

US Commercial Services, Inc.
November 25, 2008
Page 4

Please do not underestimate the seriousness of this matter to Ms. Goff. We expect a prompt resolution of this matter.

Thank you for your assistance. If you have any questions, please feel free to contact me.

Very truly yours,

SMEDAL & HARRALSON

Mark A. Smedal

Enclosures.

cc: Ms. Kimberly G. Goff

☐ **CREDIT INFORMATION.**

When requested by our customers, USIS obtains credit reports from one or more of the three major credit bureaus identified below and generally only maintains such information for a limited timeframe. Consequently, we may or may not have any credit information related to a particular consumer at any given time. If you wish to dispute information in your credit report, you may request that USIS initiate the dispute with the credit bureau on your behalf <u>if</u> your dispute relates to a credit report that was recently provided to USIS. Or, you may contact the individual credit bureau directly using the following contact information. For more information, visit www.annualcreditreport.com, call 1.877.322.8228 or contact the individual credit bureaus.

    Experian:    1.888.397.3742 - www.experian.com
    Equifax:     1.800.525.6285 - www.equifax.com
    TransUnion: 1.800.680.7289 - www.transunion.com

Choose the one following option applicable to your dispute:

☐ This record does <u>not</u> pertain to me.

☐ This record <u>does</u> pertain to me, but it contains the following error(s): _____

☐ **OTHER INFORMATION.** Please provide as much detail as possible regarding any other specific information you wish to dispute in USIS' files: _____

### PART IV – THIRD-PARTY AUTHORIZATION

Complete this section <u>only</u> if you are authorizing USIS: (i) to accept your dispute from a third-party (someone other than yourself); and (ii) to supply the results of our reinvestigation only to that third-party.

☑ By checking this box, I authorize USIS to accept my dispute from the following third-party and to provide the results of USIS' reinvestigation only to that third-party:

How is this third-party associated with you (attorney, relative, etc.)? __Attorney__

First Name: __Mark__    Last Name: __Smedal__    Suffix (Sr., Jr., III): __

Company Name (if applicable): __Smedal & Harralson__    Title (if applicable): __

Mailing Address (incl. apartment #): __600 W. Main St., Suite 100__    City: __Louisville__    State: __KY__    Zip Code: __40202__

### PART V – CONSUMER'S CERTIFICATION AND AUTHORIZATION

Pursuant to the Fair Credit Reporting Act and other applicable laws, I request that USIS conduct a reinvestigation of information in its files pertaining to me as specified in this Form. By submitting this Form, I certify to USIS that: (i) I am the consumer identified in Part II of this Form; (ii) all information provided herein is complete and accurate; (iii) prior to signing this Form I was given an opportunity to ask questions and to have those questions answered to my satisfaction; (iv) I understand I may be subject to criminal and civil fines and penalties if any of the information provided herein is false or misleading; (v) I authorize USIS to obtain information and documentation necessary for conducting this dispute reinvestigation; and (vi) I authorize any third-parties to provide such information and documentation to USIS.

Signature: __Kimberly G. Goff__

Printed Name: __Kimberly G. Goff__    Date: __11/25/08__

Before proceeding, please ensure you have done the following:

    ✓ supplied all information requested in this Form; and
    ✓ included a recent copy of the report containing the disputed information

Then send the completed Form and enclosures to:

    USIS Commercial Services, Inc.
    ATTN: Consumer Disputes
    PO Box 33181
    Tulsa, OK 74153

USIS will send a response to you after we complete the dispute reinvestigation – which pursuant to the FCRA may take up to thirty days after our receipt of the completed Form and all necessary enclosures.



**Verizon Message Center**

Monday, Jul 12 at 10:12 AM

From: <searshc@adp.com>
To: ███████████████

Subject: Thank you for applying for an employment opportunity with Sears Holdings Corporation.

**Dear DAVID,**

Thank you for expressing interest in opportunities with Sears Holdings Corporation!

This is to confirm that we have received your application and that your interview with us has been scheduled for 7/14/2010 at 10:00 AM at the Sears Auto Center location located at 150 S 69TH ST Upper Darby, PA 19082. Please contact us at 610-325-1150 if you have any questions, or are unable to meet and need to reschedule the appointment.

To better understand our staffing process before your interview, please visit www.searsholdings.com/careers/about/staffing.htm.

To show our appreciation for your interest with Sears Holdings Corporation, we want to offer you a chance to take advantage of extra savings or credit opportunities. Please visit www.searsholdings.com/specialoffers to learn more!

We would also like to invite you to help shape the future of Sears and Kmart by joining our Community at www.mysears.com!

Please do not reply to this email if you have questions (your reply will not be responded to), instead contact the Human Resources department at the location you applied to.

Again, thank you for your interest in a career with Sears Holdings!

Sincerely,

SHC Talent Acquisition Team
Sears Holdings Corporation
searsholdings.com/careers

June 22, 2010



Dear JOANN:

We regret to inform you that that the Sears Holdings Corporation company to which you applied is unable to offer you employment. If you have started working, your conditional employment will be terminated.

This decision was based in whole or in part on information contained in a report from HireRight (formerly USIS), a copy of which was previously given to you. HireRight, a consumer reporting agency, compiled and provided a consumer report concerning you, which was obtained with your written permission. Contact information for this agency is as follows:

HireRight (formerly USIS)
Consumer Department
P.O. Box 33181
Tulsa, OK 74153
Phone: (877) 858-4165

This consumer reporting agency did not make the decision to take this action and cannot provide you the reason for that decision. You, nevertheless, have a right to contact the consumer reporting agency identified above to dispute any information in your consumer report that you believe to be inaccurate or incomplete. You also have a right to obtain a free copy of any consumer reports provided to the Company. You have sixty (60) days from the date you receive this notice to request a free copy of the report from the consumer reporting agency.

If you dispute the completeness or accuracy of the information contained in the consumer report and obtain verification from the consumer reporting agency that the information was incorrect and/or has been corrected, please bring that information back to us if you would like us to reconsider our employment decision in light of the new information. Failure to do so in a timely manner will be considered an abandonment of the application process. This information is being provided to you in accordance with federal and applicable state* law.

Sincerely,
HUMAN RESOURCES

*MA applicants only: If you have notified the consumer reporting agency in writing that you dispute the accuracy of information in your file, the agency must then, within thirty (30) business days, reinvestigate and modify or remove inaccurate information. The consumer reporting agency may not charge a fee for this service.

If reinvestigation does not resolve the dispute to your satisfaction, you may send a statement to the consumer reporting agency, to be kept in your file, explaining why you think the record is inaccurate. The consumer reporting agency may not charge a fee for this service.

2

From:
James E. Parker
█████████

To:
Kristi Klima
Sears Holdings Corp.
333 Beverly Rd.
Hoffman Estates, IL. 60179

Subject:
Human Rights Complaint #2009-CN4040


Dear Kristi;

First let me say I only filed this complaint because no one has even apologized to me for the wrong background investigation. I tried to tell you before if I was convicted of a felony I would have been immediately fired from the Chicago Police Department. Enclosed you will find copies of the corrected background information, after I gave them the correct disposition of that docket number. Because I was a policeman for 34 years and a detective for 21, I know how to do a background investigation. These out of state agencies hire people with minimal experience and as the court clerk in the criminal court building stated; "They do not know how to read a court file.". They have problems like this all the time.

I was totally embarrassed going into Sears and receiving the denial papers because those people knew what I did for a living. USIS did not apologize either. They just sent the corrected information. I was not being hired for my sales experience, although I have some. I have owned multiple unit apartment buildings for over 25 years and all my appliances are Sears and I know them inside and out. Your manager thought my knowledge would help a customer make a decision.

Anyway I made the complaint based on the fact that your application asks if there are any felony convictions in the last 7 years. I have none as shown above, but thought you needed to be chastised for that. The Illinois Department of Human Rights never understood what I was trying to do.

Now you have the correct information. An apology is all I'm asking.

Thank you,
James E. Parker



Pre-Adverse Action Letter

Sears Holdings Management Corporation
Human Resources
3333 Beverly Road A3-105B
Hoffman Estates; IL 60179

12/29/08
(DATE)

_James Parker_
_____
_____
(Applicant Name/Address)

Dear _James_:

As you will recall, you authorized Sears to conduct a background check in connection with your application of employment. The enclosed consumer report contains information that we will use in making an employment decision about you. Enclosed also is a summary of your rights provided under the Fair Credit Reporting Act. If you applied in ME, NJ or WA, a state-specific summary of rights is also enclosed.

The enclosed report was furnished by:

US Investigations Services (USIS)
Consumer Department
P. O. Box 33181
Tulsa, OK 74153
Phone: (877) 858-4165

Sincerely,

Human Resources



# County Criminal History Search

Customer:  Sears SLG and Outlet Stores (64777)
Actor:  SEARS Associates (searsout)
Location Number:  01860
Employee Will Work In:  IL
How Did New Hire Answer Conviction Question?:  NO
Is this a New Hire or Current Associate?:  NEW-HIRE
Enter Name of Job the Person Will Be Assigned To: DERRICK ASANTE
Requester Email Address:  DASANTE@SEARSHC.COM

Subject Name: James E Parker
Subject DOB: ▓▓▓
Subject SSN: ▓▓▓
Subject Race:
Subject Gender:
Search Type: B
Search State: IL
Search County: COOK
Result Comments:

ReportNumber: 1409991
Request ID 21607033
Request Date: 12/13/2008 12:56:42 PM
Report Date: 12/23/2008 2:56:31 PM
Reference:

## CRIMINAL SEARCH RESULTS

Case Number: 88CR0775801
File Date: 05/27/1988
Arrest Date:
Offense Date:
Agency Loc:
Agency Type:
Case Comments: *Call Cook County Court Clerk with this Case # 773-869-3147*

**Identifying Info**
Name: James E Parker
BirthPlace:
SSN on Record:
Height:
Weight:
Eye Color:
Hair Color:
Markings:

DOB: ▓▓▓
SID:
FID:
DL#:
DL State:
Gender:
Race:
Address:

Matching Criteria
[X] Last Name
[X] First Name
[X] Middle Name
[X] DOB
[ ] SSN
[ ] Address

Other:
Matched on: First Name, Middle Name, Last Name, and DOB
Data inconsistent with the requested criteria:

Count: 1
Original Statute:
Original Charge:
Original Type:
Original Class:

Final Statute:
Final Charge: Theft
Final Type: Felony
Final Class:



| | | | | |
|---|---|---|---|---|
| Plea: | | Plea Date: | | |
| Degree: | | Final Degree: | | |
| OrigDisposition: | | Disposition: | Pleaded guilty and conviction entered | |
| OrigDispDate: | | DispDate: | 02/10/1989 | |
| Comments: | | | | |
| Appeal Comments: | | | | |

| SentenceDate | Type | Active | Suspended | Completed |
|---|---|---|---|---|
| | OTHER | | | |

Comments: 2 years prison.

Record check for requested search area only. National record status unknown. Positive ID requires fingerprint search. Employment evaluation should not be based on search results. Provider cannot act as the guarantor of the information accuracy or completeness. Appropriate use of the information contained in this report may be governed by both federal and state laws and it is the responsibility of the user to comply with all applicable laws.



February 11, 2009

James Parker



Dear Mr. Parker:

After receiving your dispute regarding information in your file at USIS, USIS conducted an investigation of your dispute. That reinvestigation has been completed. Enclosed is your current file. Any disputed information that has not at this time been verified has been deleted. The furnisher of that information has verified the disputed information that remains.

The procedure used to reinvestigate your disputed information contained in a public record is to contact the agency in question and notify them of the nature of your dispute. The public files are then rechecked to determine that the statements in the USIS report match the current status of the public record in question. USIS then inquires whether the public record is correct in light of the information furnished by you. If you desire the department's name, address and telephone number which has your public record, please contact us and, if that information is reasonably available, we will provide it to you.

If you have not already done so, you have the right to place a statement in your file setting forth the reasons why you dispute certain information or believe that it is incomplete, or to provide an explanation of some negative information. You also may revise your statement at any time. To enter or revise your statement, contact USIS at 1-800-381-0645. USIS personnel will assist you in formulating your statement.

If information has been deleted from your report or if you have added a statement, you are entitled to have a copy of your current report with your statement sent to any person(s) specifically identified by you who received the report within the last two years that contained the deleted or disputed information. USIS may impose a charge for providing those notices. To determine those charges, just ask the consumer consultant representative.

If you have any questions, please contact us at 1-800-381-0645.

Sincerely,

Consumer Consulting Department

Enclosure

Public Record Rebuttal

# Criminal Record Report

Page 1

Reference:

---

**Request Data:**

| | | | |
|---|---|---|---|
| Name: | PARKER, JAMES E | Report ID: | 1416498 |
| Jurisdiction: | COOK, IL | Request ID: | 21607033 |
| Search Type: | F/M | Request Date: | 12/13/2008 |
| DOB: | ████ | Completed Date: | 02/06/2009 |
| SSN: | ████ | | |
| Race/Gender: | / | | |
| Result Comments: | ***REVISED RESULTS AS OF 02/06/09*** | | |

---

## *No Record Found*

Record check for requested search area only. National record status unknown. Positive ID requires fingerprint search. Employment evaluation should not be based on search results. Provider cannot act as the guarantor of the information accuracy or completeness. Appropriate use of the information contained in this report may be governed by both federal and state laws and it is the responsibility of the user to comply with all applicable laws.

Windows Live™   Hotmail (5638)   Messenger   SkyDrive | MSN

**Hotmail**

**Inbox (5638)**

New | Reply  Reply all  Forward | Delete  Junk  Sweep ▼  Mark as ▼  Move to ▼ |

**Sears Holdings Corporation**   Back to messages |

**Folders**
Junk (452)
Drafts (9)
Sent
Deleted
contests
games
poker
sale ads
**work apps (8)**
New folder

AutomationManager@brassring.com   12/28/10
To: [redacted]   Reply

Joffe Robert:

Thank you for submitting your application for the 86218BR - FT Residential Appliance Repair Technician (Knoxville, TN) position. As part of the application process, we ask that you complete the Invitation to Self-Identify Form: . Providing this information is voluntary and is not required for employment.

The SHC Companies are subject to certain governmental recordkeeping and reporting requirements for the administration of civil rights laws and regulations. In order to comply with these laws, the SHC Companies invite applicants to voluntarily self-identify their gender and race/ethnicity. Submission of this information is voluntary, and refusal to provide it will not subject you to any adverse treatment. The information will be kept confidential and may only be used in accordance with the provisions of applicable laws, executive orders, and regulations, including those that require the information to be summarized and reported to the federal government for civil rights enforcement.

**Quick views**
Flagged (1)
**Photos (14)**
Office docs
Shipping updates

**Messenger**
2 invitations
Search contacts
Your friends are offline right now.
Sign out of Messenger

Home
Contacts
Calendar

Thank you for your interest in Sears Holdings!

Sincerely,

SHC Talent Acquisition Team
**Sears Holdings Corporation**

Keep your Office docs online — SkyDrive

## Big Brands. Bigger (

© 2011 Microsoft   Terms   Privacy      Help Center   Feec

http://sn124w.snt124.mail.live.com/mail/InboxLight.aspx?n=703093839   8/15/2011

Windows Live™   Hotmail (5637)   Messenger   SkyDrive   |   MSN                                                Ro

**Hotmail**

**Inbox (5637)**

New | Reply  Reply all  Forward  |  Delete  Junk  Sweep ▾  Mark as ▾  Move to ▾  |

**Sears Holdings Corporation**    Back to messages |

Folders
Junk (450)
Drafts (9)
Sent
Deleted
contests
games
poker
sale ads
**work apps (8)**
New folder

sears@sears.com  Add to contacts       12/29/10
To: ███████                                Reply

We've added this sender to your safe list. That way you can always see what they've sent you.

Dear Robert,

Thank you for expressing interest in the #86218BR - FT Residential Appliance Repair Technician (Knoxville, TN) position at Sears Holdings Corporation. At this time, we have decided to pursue other candidates who are a better match to our preferred qualifications for this specific position. Please note that if you have submitted a resume for another position(s) and/or are in the process of being considered/interviewed for that position(s), please login to your account to view the status of your submission.

**Quick views**
Flagged (1)
**Photos (14)**
Office docs
Shipping updates

To review current Sears Holdings Corporation openings and to reapply directly with us, visit
http://www.searsholdings.com/careers.

**Messenger**
  2 Invitations
Search contacts
Your friends are offline right now.
Sign out of Messenger

We would also like to make you aware of a partnership Sears Holdings Corporation has that might help introduce you to other great companies who may be able to give you the position you seek right now.

Sears Holdings Corporation is a founding member of AllianceQ - a partnership of leading companies collaborating to increase our ability to find the world's top talent. It's an easy, free and confidential service. Simply share your background and what you desire in a new job. Every day you will be automatically and anonymously considered for thousands of opportunities with other leading employers, including those current or future openings at Sears Holdings Corporation.

Home
Contacts
Calendar



To join AllianceQ or for more information, visit
http://www.AllianceQ.com/shc.

Again, thank you for your interest in Sears Holdings Corporation. We hope you will consider us for future opportunities.

Sincerely,

**SHC Talent Acquisition Team**
Sears Holdings Corporation
searsholdings.com/careers







Pre-Adverse Action Letter

Sears Battlefield Mall  MO

2825 S GLENSTONE AVE

Springfield, MO 65804

(Unit's Name/Address)

11/04/2008

CHRISTINE M WALKER

████████████████

████████████████

(Applicant's or Associate's Name/Address)

Dear CHRISTINE

The enclosed consumer report contains information that we will use in making an employment decision about you. Enclosed also is a summary of your rights provided under the Fair Credit Reporting Act.

The enclosed report was furnished by:

US Investigations Services (USIS)
Consumer Department
P. O. Box 33181
Tulsa, OK 74153
Phone: (877) 858-4165

Sincerely,

*[signature]*

Unit Manager/HR Representative Signature

THIS PAGE IS FOR OFFICE USE ONLY
DO <u>NOT</u> DISTRIBUTE THIS PAGE TO APPLICANT!
Revised 1/7/2005

Process For Handling "HIT" or "Fail"
Background Check Results On Post-Offer Applicants

- When the results on a theft database (TDB) check or a criminal (crim) check are determined to be a "HIT" or "Fail" or when your unit determines that the motor vehicle report (MVR) indicates an unsuitability for the position involved, the following documents must be presented to the post-offer applicant, either via U.S. mail or in person:

    (1) the Pre-Adverse Action Letter[1];
    (2) the Fair Credit Reporting Act (FCRA) "Summary of Rights" and your state-specific Summary of Rights[2], where applicable; and
    (3) a copy of the individual's background check report.
    *(Please ensure that a copy of each of these forms is retained in your unit files.)*

- *NOTE*: No adverse action may be taken unless and until five (5) <u>BUSINESS</u> days have passed after presenting the above forms to the individual. It is imperative that you stress to the individual that no final employment decision has been made and that Sears is providing him/her a reasonable time to present additional information that may affect Sears' final decision after it is considered. You must allow the individual at least five (5) <u>BUSINESS</u> days to provide additional information.

- If the individual states that the report does not belong to him/her or that it is substantially inaccurate, advise him/her to contact United States Mutual Association (USMA) to open a consumer dispute by calling the telephone number shown in the Pre-Adverse Action letter. Additionally, if the individual presents information to your unit that supports his/her claim or otherwise additional compelling information that may affect Sears' final determination, contact the Sears Evaluator at 88sears for instructions. <u>Your local unit is NOT permitted to make the final decision.</u>

- After waiting five (5) business days if no additional information is presented by the individual, you must present the individual, either via U.S. mail or in person:

    (1) the Adverse Action[3] letter applicable for your state; OR
    (2) if the only offenses appearing on the report are still pending litigation and have NOT yet resulted in convictions, *CONTACT AN EVALUATOR AT THE ASC TO ASK FOR INSTRUCTIONS* regarding the process to follow and the correct letter to use.

- *NOTE*: The above instructions pertain to any post-offer applicant that has not been hired. However, there may be instances when a delayed response county is involved in the criminal search. If that occurs, the individual may be hired before the results are returned, provided certain restrictions are followed first. Refer to the "Background Check Guide" on the intranet for the specific steps to follow. Then, you must contact the Sears' Evaluator at 88sears for different handling instructions.

- If you have any questions, contact the Sears' Evaluator at 88sears or e-mail HRCMPLY.

---

[1] If the person would have been assigned to a Maine, New Jersey or Washington unit – use the state-specific Pre-Adverse Action letter and also enclose the state-specific Summary of Rights (see footnote #2).
[2] Maine, New Jersey and Washington units are required to provide a copy of their state's Summary of Rights.
[3] Maine, Massachusetts and California units must use their state-specific Adverse Action letter.

[Print]

Social Security Number: 524177307

Filter: THEFT

**THEFT-REQUEST - USMA THEFT DATABASE**
"EMPLOYEE" OR "PROSPECTIVE EMPLOYEE" ON WHOM THIS REPORT IS ISSUED:
NAME: CHRISTINE M WALKER
ADDRESS: ███████████
CITY: ███████
STATE: ██
ZIP: ████

SSN: ███████
DRIVERS LICENSE #:
DRIVERS LICENSE STATE:
DATE OF BIRTH: ███████

"EMPLOYER" OR "PROSPECTIVE EMPLOYER" REQUESTING THIS REPORT:
CUSTOMER: Sears / A D P Odyssey
LOCATION: 1171
DATE REQUEST PROCESSED: 10/30/2008

INFORMATION ABOUT SUBJECT REPORTED TO "EMPLOYER" OR "PROSPECTIVE EMPLOYER":
Subject CLEAR in USIS Theft Database

**WIDESCREEN-REQUEST - USIS WIDESCREEN NATIONAL CRIMINAL SEARCH**
USIS COMMERCIAL SERVICES, INC.
USIS WIDESCREEN #8482; HISTORY RECORD
----------------------------------------------------------------
USIS WIDESCREEN #8482; REQUEST INFORMATION
----------------------------------------------------------------
NAME: WALKER, CHRISTINE M
DOB: ███████    SSN: ███████
TYPE OF SEARCH: CRIMINAL SEARCH / SEX OFFENDER SEARCH
SEARCH AREA: NATIONWIDE
REQUEST DATE: 10/30/2008
----------------------------------------------------------------
USIS WIDESCREEN #8482; FILE INFORMATION
----------------------------------------------------------------
MATCH WAS MADE USING: LASTNAME FIRSTNAME(CHR)  BIRTHDATE
NAME: WALKER, CHRISTINE MARIE
GENDER: FEMALE          RACE: CAUCASIAN
----------------------------------------------------------------
CRIMINAL RECORD INFORMATION
----------------------------------------------------------------

ADDITIONAL JURISDICTIONS UNDER REVIEW.

----------------------------------------------------------------
ORDER #: 58284966    REQUEST #: 101632125
----------------------------------------------------------------
This inquiry will also be searched against the Dept of the Treasury, Office of
Foreign Assets Control SDN and blocked persons list. You will be notified in
the event of a possible match.
----------------------------------------------------------------
The following report is obtained from a commercial database that contains information from public records of various courts and law enforcement agencies across

HireRight
4500 S. 129th E. Avenue
Suite 200
Tulsa, OK 74134



July 22, 2010


P: 131-63N
JOSE I LOPEZ

Dear JOSE:

We regret to inform you that that the Sears Holdings Corporation company to which you applied is unable to offer you employment. If you have started working, your conditional employment will be terminated.

This decision was based in whole or in part on information contained in a report from HireRight (formerly USIS), a copy of which was previously given to you. HireRight, a consumer reporting agency, compiled and provided a consumer report concerning you, which was obtained with your written permission. Contact information for this agency is as follows:

HireRight (formerly USIS)
Consumer Department
P.O. Box 33181
Tulsa, OK 74153
Phone: (877) 858-4165

This consumer reporting agency did not make the decision to take this action and cannot provide you the reason for that decision. You, nevertheless, have a right to contact the consumer reporting agency identified above to dispute any information in your consumer report that you believe to be inaccurate or incomplete. You also have a right to obtain a free copy of any consumer reports provided to the Company. You have sixty (60) days from the date you receive this notice to request a free copy of the report from the consumer reporting agency.

If you dispute the completeness or accuracy of the information contained in the consumer report and obtain verification from the consumer reporting agency that the information was incorrect and/or has been corrected, please bring that information back to us if you would like us to reconsider our employment decision in light of the new information. Failure to do so in a timely manner will be considered an abandonment of the application process. This information is being provided to you in accordance with federal and applicable state* law.

Sincerely,
HUMAN RESOURCES

*MA applicants only: If you have notified the consumer reporting agency in writing that you dispute the accuracy of information in your file, the agency must then, within thirty (30) business days, reinvestigate and modify or remove inaccurate information. The consumer reporting agency may not charge a fee for this service.

If reinvestigation does not resolve the dispute to your satisfaction, you may send a statement to the consumer reporting agency, to be kept in your file, explaining why you think the record is inaccurate. The consumer reporting agency may not charge a fee for this service.