IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ERIC D. PITT,
for himself and on behalf of all
similarly situated individuals,

    Plaintiff,

v.                                                        Civil Action No. 3:11cv697

KMART CORPORATION *et al.*,

    Defendants.

## ORDER

By order entered October 11, 2012, the Honorable John A. Gibney stayed this matter to enable the parties to pursue mediation and assigned this matter to the undersigned magistrate judge to monitor and conduct the mediation. The October 11, 2012 order also granted the undersigned magistrate judge the authority to further enlarge the stay upon consent of the parties.

Given the parties' representations, and with their consent, the Court EXTENDS THE STAY in this matter an additional thirty (30) days from the date of entry hereof. The Court also ORDERS the parties to file preliminary approval papers and settlement documents no later than thirty (30) days from entry hereof.

Let the Clerk send a copy of this Order to all counsel of record and to the Honorable John A. Gibney.

It is SO ORDERED.

                                                                       /s/
                                                     M. Hannah Lauck
                                                 United States Magistrate Judge

Richmond, Virginia
Date: 11-29-12