# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

**ERIC DANTE PITT,**
**For himself and on behalf of all**
**similarly situated individuals.**

      **Plaintiffs,**

v.                       **CIVIL ACTION NO.: 3:11-cv-00697-JAG**

**K-Mart Corporation, a wholly owned subsidiary**
**of Sears Holdings Corporation**

      **Defendant.**

## JOINT MOTION FOR ENLARGEMENT OF TIME TO FILE PRELIMINARY APPROVAL PAPERS AND SETTLEMENT DOCUMENTS

The Parties have reached a class settlement in this case and continue in earnest to reduce the compromise to paper and to prepare and reach agreement on the related pleadings necessary to seek Rule 23(e) approval. In November, the Parties' counsel represented to United States Magistrate Judge Lauck their belief and expectation that the transaction and pleadings would be completed for filing within thirty (30) days. They were wrong. The drafting has taken longer due to the multiple parties – including at least two that are not before the Court – that have participated in the process.

On November 29, 2012, Judge Lauck entered an order requiring the filing of the settlement papers and pleadings within thirty (30) days (Docket No. 50). The Parties now ask the Court for further leave to enlarge this deadline through January 18, 2013 (twenty additional days). They are optimistic that the filing will be made before that date, but ask for the full period out of caution.

By: \_\_\_\_/s/_____
Leonard A. Bennett
Counsel for Plaintiff
CONSUMER LITIGATION
ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
lenbennett@clalegal.com


_____/s/_____
John C. Lynch
Counsel for Defendant
TROUTMAN SANDERS LLP
P. O. Box 61185
222 Central Park Ave
Suite 2000
Virginia Beach, VA 23462
(757) 687-7765 – Telephone
(757) 687-1513 – Facsimile
 john.lynch@troutmansanders.com

## CERTIFICATE OF SERVICE

I hereby certify that on the ___ day of _____, 20___, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

    John C. Lynch
    Troutman Sanders LLP
    P. O. Box 61185
    222 Central Park Ave
    Suite 2000
    Virginia Beach, VA 23462
    Email: john.lynch@troutmansanders.com

                                              /s/
                                    Leonard A. Bennett, Esq.
                                    VSB #37523
                                    Attorney for Plaintiff
                                    CONSUMER LITIGATION
                                    ASSOCIATES, P.C.
                                    763 J. Clyde Morris Blvd., Suite 1-A
                                    Newport News, Virginia 23601
                                    (757) 930-3660 - Telephone
                                    (757) 930-3662 – Facsimile
                                    lenbennett@clalegal.com