UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

ERIC DANTE PITT,
For himself and on behalf of all
similarly situated individuals.

      Plaintiffs,

v.                                   CIVIL ACTION NO.: 3:11-cv-00697-JAG

K-Mart Corporation, a wholly owned subsidiary
of Sears Holdings Corporation

      Defendant.

## JOINT MOTION FOR ENLARGEMENT OF TIME TO FILE PRELIMINARY APPROVAL PAPERS AND SETTLEMENT DOCUMENTS

The Parties have reached a class settlement in this case and continue in earnest to reduce the compromise to paper and to prepare and reach agreement on the related pleadings necessary to seek Rule 23(e) approval. In November, the Parties' counsel represented to United States Magistrate Judge Lauck their belief and expectation that the transaction and pleadings would be completed for filing within thirty (30) days. They were wrong. The drafting has taken longer due to the multiple parties – including at least two that are not before the Court – that have participated in the process.

On November 29, 2012, Judge Lauck entered an order requiring the filing of the settlement papers and pleadings within thirty (30) days (Docket No. 50). The Parties now ask the Court for further leave to enlarge this deadline through January 18, 2013 (twenty additional days). They are optimistic that the filing will be made before that date, but ask for the full period out of caution.

By: ___/s/_____
Leonard A. Bennett
Counsel for Plaintiff
CONSUMER LITIGATION
ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
lenbennett@clalegal.com

_____/s/_____
John C. Lynch
Counsel for Defendant
TROUTMAN SANDERS LLP
P. O. Box 61185
222 Central Park Ave
Suite 2000
Virginia Beach, VA 23462
(757) 687-7765 – Telephone
(757) 687-1513 – Facsimile
john.lynch@troutmansanders.com

**SO ORDERED**

12/28/12 /s/ Jag
John A. Gibney, Jr.
United States District Judge

2