N THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

| | |
|---|---|
| ERIC DANTE PITT, for himself And on behalf of all similarly situated individuals,<br><br>      Plaintiff,<br><br>      v.<br><br>KMART CORPORATION, A wholly owned subsidiary of Sears Holdings Corporation,<br><br>and<br><br>SEARS HOLDINGS CORPORATION,<br><br>      Defendants. | Civil Action No. 3:11-cv-697 |

**JOINT AND CONSENT MOTION FOR PRELIMINARY APPROVAL
OF SETTLEMENT, APPOINTMENT OF CLASS COUNSEL, CERTIFICATION OF
THE SETTLEMENT CLASS, AND FOR APPROVAL
OF THE FORM, MANNER AND ADMINISTRATION OF NOTICE**

COME NOW the Plaintiff, Eric Dante Pitt (hereafter "Plaintiff" or "Pitt") by counsel, and the Defendants, Kmart Corporation and Sears Holding Corporation (hereafter "Defendants" or "Kmart") by counsel, and pursuant to Fed. R. Civ. P. 23(c) and (e), they jointly move the Court for peliminary approval of Settlement Agreement (Exhibit "A") and approval of the form, manner and administration of notice contained therein.  Pursuant to Rule 23(b)(3), with Defendant's consent, Plaintiff moves for certification of the settlement class and appointment of class counsel.  The Agreed Proposed Order is attached hereto as Exhibit "B".

*Dated: January 25, 2013*

WE ASK FOR THIS:

| | |
|---|---|
|     /s/                         |     /s/                         |
| John C. Lynch | Leonard A. Bennett |
| Virginia State Bar No. 39267 | Virginia State Bar No. 37523 |
| *Attorney for Kmart Corporation and Sears Holdings Corporation* | *Attorney for Plaintiff* |
| TROUTMAN SANDERS LLP | Consumer Litigation Associates, P.C. |
| 222 Central Park Ave., Suite 2000 | 12515 Warwick Boulevard, Suite 100 |
| Virginia Beach, Virginia 23462 | Newport News, VA 23606 |
| Telephone No.: (757) 687-7765 | Telephone No. (757) 930-3660 |
| Facsimile No.: (757) 687-7515 | Facsimile No. (757) 930-3662 |
| Email: john.lynch@troutmansanders.com | Email: lenbennett@clalegal.com |
| | |
| | Christopher Colt North |
| | Virginia State Bar No.: 16955 |
| | *Attorney for Plaintiff* |
| | The Consumer and Employee Rights Law Firm |
| | 751-A Thimble Shoals Blvd. |
| | Newport News, VA 23606 |
| | Phone: (757) 873-1010 |
| | Fax: (757) 873-8375 |
| | cnorthlaw@aol.com |

2

## CERTIFICATE OF SERVICE

      I hereby certify that on the 25th day of January, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will then send a notification of such filing (NEF) to the following:

John C. Lynch  
Virginia State Bar No. 39267  
TROUTMAN SANDERS LLP  
222 Central Park Ave., Suite 2000  
Virginia Beach, Virginia 23462  
Telephone: (757) 687-7765  
Facsimile: (757) 687-1504  
Email:  john.lynch@troutmansanders.com

                                                                  /s/  
                                            Leonard A. Bennett  
                                            Virginia State Bar No. 37523  
                                            *Attorney for Plaintiff*  
                                            Consumer Litigation Associates, P.C.  
                                            763 J. Clyde Morris Blvd., Suite 1-A  
                                            Newport News, VA 23601  
                                            Telephone  - (757) 930-3660  
                                            Facsimile - (757) 930-3662  
                                            Email: lenbennett@clalegal.com