# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### (Richmond Division)

| | |
|---|---|
| ERIC DANTE PITT, for himself And on behalf of all similarly situated individuals, <br><br> Plaintiff, <br><br> v. <br><br> KMART CORPORATION, A wholly owned subsidiary of Sears Holdings Corporation, <br><br> and <br><br> SEARS HOLDINGS CORPORATION, <br><br> Defendants. | Civil Action No. 3:11-cv-697 |

## NOTICE OF COMPLIANCE WITH 28 U.S.C. § 1715

Defendants hereby provide notice that, on February 4, 2013, Defendants served the notifications required by 28 U.S.C. § 1715 via overnight mail on the Attorney General of the United States and the attorneys general of the 50 states, the District of Columbia, and all United States territories in which one or more class members reside.  The notices address the proposed Settlement Agreement and Release filed with the Court on January 25, 2013.

**KMART CORPORATION &
SEARS HOLDINGS CORPORATION**

By: /s/ John C. Lynch
 Of Counsel

John C. Lynch
Virginia State Bar No. 39267
*Attorney for Defendants*
TROUTMAN SANDERS LLP
222 Central Park Ave., Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7765
Facsimile: (757) 687-1504
Email:  john.lynch@troutmansanders.com

Alan D. Wingfield
Virginia State Bar No. 27489
*Attorney for Defendants.*
TROUTMAN SANDERS LLP
1001 Haxall Point (23219)
P. O. Box 1122
Richmond, VA 23218-1122
Telephone: (804) 697-1350
Facsimile:  (804) 698-5172
Email: alan.wingfield@troutmansanders.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of February, 2013, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

**Counsel for Plaintiff**
Christopher Colt North
The Consumer and Employee Rights Law Firm
751-A Thimble Shoals Blvd.
Newport News, VA 23606
cnorthlaw@aol.com

William Leonard Downing
The Consumer and Employee Rights Law Firm PC
751 A Thimble Shoals Blvd
Newport News, VA 23606
Email: wdowninglaw@aol.com

Leonard A. Bennett
Consumer Litigation Associates
763 J Clyde Morris Boulevard, Suite 1A
Newport News, Virginia 23601
Email: lenbennett@cox.net

Susan Mary Rotkis
Consumer Litigation Associates
763 J Clyde Morris Boulevard, Suite 1A
Newport News, VA 23601
Email: srotkis@clalegal.com

    /s/ John C. Lynch
John C. Lynch
Virginia State Bar No. 39267
Attorney for Defendants
TROUTMAN SANDERS LLP
222 Central Park Ave., Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7765
Facsimile: (757) 687-1504
Email: john.lynch@troutmansanders.com

20277998v1