To whom it may Concern

My name is Willie Tharps, on March 26, 2009 K-Mart and Sears Holdings Management Corporation requested information from US Investigation Services (USIS). As a result of that information, I received a Pre-Adverse Action Letter.

Because of the information contained in the report, I do not think the settlement is fair, reasonable and/or adequate.

Enclosed are copies of the report and Pre-Adverse Action Letter.



Sincerely
Willie Tharps

Civil Action No. 3:11-cv-697

:C John C. Lynch
:C Clerk of Courts
   Richmond Va.



Pre-Adverse Action Letter

Sears Holdings Management Corporation
Human Resources
3333 Beverly Road A3-105B
Hoffman Estates, IL 60179

4-2-09
(DATE)

*Willie Tharps*
*785 Monet Drive*
*Hagerstown, MD*
*21742*

(Applicant Name/Address)

Dear *Willie*

As you will recall, you authorized Kmart to conduct a background check in connection with your application of employment. The enclosed consumer report contains information that we will use in making an employment decision about you. Enclosed also is a summary of your rights provided under the Fair Credit Reporting Act. If you applied in ME, NJ or WA, a state-specific summary of rights is also enclosed.

The enclosed report was furnished by:

**US Investigations Services (USIS)**
**Consumer Department**
P. O. Box 33181
Tulsa, OK 74153
Phone: (877) 858-4165


Sincerely,

Human Resources

```
USMA USIS WIDESCREEN NATIONAL CRIMINAL SEARCH REPORT   ORDER #: 62453527 REQUEST
#: 108842528
 Date/Time Requested: 3/26/2009 3:30:23 PM Completed Date/Time: 3/26/2009
3:51:39 PM
USIS COMMERCIAL SERVICES, INC.
                    USIS WIDESCREEN #8482; HISTORY RECORD
------------------------------------------------------------------------------
                    USIS WIDESCREEN #8482; REQUEST INFORMATION
------------------------------------------------------------------------------
NAME: THARPS, WILLIE

TYPE OF SEARCH:  CRIMINAL SEARCH / SEX OFFENDER SEARCH
SEARCH AREA:     NATIONWIDE
REQUEST DATE:    3/26/2009
------------------------------------------------------------------------------
                    USIS WIDESCREEN #8482; FILE INFORMATION
------------------------------------------------------------------------------

MATCH WAS MADE USING: LASTNAME FIRSTNAME(WIL)  BIRTHDATE
NAME:    THARPS, WILLIE DOUGLAS
GENDER:  MALE       RACE:   AFRICAN AMERICAN/BLACK
------------------------------------------------------------------------------
                          CRIMINAL RECORD INFORMATION
------------------------------------------------------------------------------


                    ADDITIONAL JURISDICTIONS UNDER REVIEW.



------------------------------------------------------------------------------
ORDER #: 62453527   REQUEST #: 108842528
------------------------------------------------------------------------------
This inquiry will also be searched against the Dept of the Treasury, Office of
Foreign Assets Control SDN and blocked persons list. You will be notified in
the event of a possible match.
------------------------------------------------------------------------------
The following report is obtained from a commercial database that contains infor-
mation from public records of various courts and law enforcement agencies
across
the United States.  These records are included in the report because the search
criteria for matching personal identifiers such as name, date of birth, Social
Security Number, etc., suggested that this record(s) matched the information
you provided for the subject of the report.  As such, these records might
relate
to the subject you inquired about, but not necessarily.  You should use this
report to broaden the scope of the background search of the subject to include
the jurisdictions and/or the names contained in this report. Employment deci-
sions should not be based solely upon information contained in this report.
Positive ID requires fingerprint search.
------------------------------------------------------------------------------
```

```
USMA USMA THEFT DATABASE REPORT   ORDER #: 62453527 REQUEST #: 108842527
 Date/Time Requested: 3/26/2009 3:30:23 PM Completed Date/Time: 3/26/2009
3:30:27 PM
"EMPLOYEE" OR "PROSPECTIVE EMPLOYEE" ON WHOM THIS REPORT IS ISSUED:
      NAME: WILLIE   THARPS
      ADDRESS: 785 MONET DRIVE
      CITY: HAGERSTOWN
      STATE: MD
      ZIP: 21742

      DRIVERS LICENSE #:
      DRIVERS LICENSE STATE:
      DATE OF BIRTH: 04/23/1958

"EMPLOYER" OR "PROSPECTIVE EMPLOYER" REQUESTING THIS REPORT:
      CUSTOMER: Kmart - Web account
      LOCATION: 3172
      DATE REQUEST PROCESSED: 3/26/2009

INFORMATION ABOUT SUBJECT REPORTED TO "EMPLOYER" OR "PROSPECTIVE EMPLOYER":
      Subject CLEAR in USIS Theft Database
```

USMA ADDRESS HISTORY SEARCH REPORT   ORDER #: 62453527 REQUEST #: 108842529
 Date/Time Requested: 3/26/2009 3:30:23 PM Completed Date/Time: 3/26/2009
3:30:26 PM
3/26/2009 3:30:25 PM

REPORT SELECTED FOR EMPLOYMENT OR CONTRACT LABOR SCREENING PURPOSE ONLY

THARPS,WILLIE 031469517;CA-785 MONET DRIVE/HAGERSTOWN MD 21742;Y-04231958;U-KMA
RT - WEB ACCOUNT;M-[O]62453527[/O][R]108842529[/R];T-35;G-G;V-07/999/XXX

| CONSUMER RELATIONS OFFICE | EXPERIAN<br>701 EXPERIAN PARKWAY<br>PO BOX 2002<br>ALLEN, TX 75013 |
|---|---|

PHONE: (888)397-3742



NAME:           WILLIE THARPS
                *785 MONET DR
                 HAGERSTOWN MD 21740-6347
                 10-07 TO 01-08    2X

                *14139 SHELBY CIR
                 HAGERSTOWN MD 21740-2459
                 03-06 TO 04-07

                *937 CHESTNUT ST
                 HAGERSTOWN MD 21740-6306
                 03-05 TO 06-06

                *PO BOX 240112
                 DORCHESTER CENTER MA 02124-0002
                 12-00 TO 04-05    1X

                *19916 THORNGROVE CT
                 HAGERSTOWN MD 21742-6709
                 05-04 TO 11-04    1X

                *106 MELVILLE AVE
                 DORCHESTER CENTER MA 02124-2127
                 12-96 TO 08-02    1X

                *2810 JUDSON RD APT 508
                 LONGVIEW TX 75605-1802
                 06-99

                *101 NORTHAMPTON ST
                 ROXBURY MA 02118-1872
                 06-92 TO 08-98

                *5332 S HAMPTON RD APT 1115
                 DALLAS TX 75232-1889
                 07-96 TO 04-98

                *99 9999
                 00099
                 06-96 TO 01-97

                *106 NORTHAMPTON ST
                 BOSTON MA 02118-1859
                 06-92

                *NOT ENTERED ON INQUIRY



BALTIMORE MD 212
12 MAR 2013

Clerk of the Court
701 East Board St
Richmond Virginia
23219

Willie Ivans
785 Monet Dr.
Hagerstown Md.
21740