3/18/2013

TO WHOM IT MAY CONCERN

RE: Objection to Settlement in the Pitt v. Kmart Corporation Case        Civil Action No. 3:11-cv-697

FROM: Eric O'Donnell, plantiff – member of Settlement Class


Please accept this as notice to the court that I have sent a copy of this on the date above to the Class Counsel and the Defense Counsel.

I am submitting this as I object to the amount of the cash settlement being only between $18.00-$38.00.

I am a member of this class action as I received a notice in the mail notifying me that I am a member.

During the month of November, 2008 I had applied for a job as a part-time stocker at Kmart in Duluth, Minnesota. I was told I was going to be hired if I passed the background check. Then I received a phone call from Kmart telling me that I hadn't passed their background check and was not going to be hired.

I had been unemployed for awhile and if I hadn't been able to live at home with my mother (I was 33 at the time and had lost my previous fulltime job) - I would have been homeless.

I was looking forward to working again, especially with the holidays coming up. Being turned down for a job because I had an older criminal record didn't seem fair then and it still doesn't seem fair now.

I don't think a measly $38.00 fairly compensates me for the hardship and emotional loss of not getting this job.  Target Corp. denied me also because of my background check. It was several months before I found another job so I went several months after being denied a job at Kmart that I finally found a job at a telemarketing business.

I think a fair compensation should be at least $500.00 for people like me that submit a written objection to the amount and that were not able to find a job for several months, after being turned down by Kmart soley due to the background check.


Submitted:

Eric O'Donnell
715 E. 1st. Street #4
Duluth, MN 55805
(218) 464-2509



ERIC OBENY APT 4
715 E 05 1 ST
DULUTH MN 55805

DULUTH MN 558
18 MAR 2013 PM 1 L

United States District Court
701 East Broad Street
Richmond VA 23219