United States District Court
Pitt U. Kmart Corporation
Civil Action No. 3:11-cv-697

This statement is regarding the lawsuit Pitt v. Kmart Corporation. I Janet S. Stacey have filled out my explanation of the reasons why I object to the settlement. I have sent copies to the class Counsel Leonard A. Bennett and also the Defense Counsel John C Lynch on April 8, 2013

Thank You
Janet Stacey



Reg Pitt V. Kmart Corporation case
Civil Action No. 3:11-cv-697
Janet Sonya Stacey
307 N. Pleasant st Apt 2
Prescott Az, 86301
Phone - 928-710-3838

I Janet Stacey is objecting the settlement in the Pitt V. K-mart Corporation case. I am how ever that someone steped up to K-mart how ever $38.00 does not seem fair for what I went throu / and what they put me throu. Back in 2008 I applied for a job at K-mart on 32 st and cactus in Phx Az, I got a call back and got set up for an interview. I dont drive so I have to plan out my trip and catch the bus. I got to my interview about 20 min early. I than recieved my Interview, and it went great and got invited to a 2nd interview with an Assistant Manager. I came back to K-mart for my 2nd Interview and I was told from my Interviewer/ Assistant manager that I would start with part time hours but it could lead up to full time. He also told me what shift I would be starting at my position and also told me my pay. I was very excited when he offered me the job. At that time I had been out of work for a long while

Filling out 100's of applications all over Phx Constantly calling to check up on my applications. Going to numerious interviews and finding out theres one job available and 60 applicants so I thought finially I could stop searching. At the 2nd interview the assistant manager/interviewer gave me the papers so I could get a drug test I had 24 hrs to get it done and told me that the Background check could take a day to get back or a few days up till a week, or so. and as soon as we get your drug test and background check back we will call you in for orientation pending you pass everything. I was very confident that I was going to pass both I said oh and thanked him again and left, and went straight down to go get my drug test cause I new my background check only took about 2 days to get back and the drug test took a little longer. The next day I called K-mart and spoke to HR to let her know that I have completed my drug test and than asked about my background check. and she (HR) told me its not back yet but as soon as it comes in she will call me. I said ok.

I waited 3 days after that before I would call K-mart back to see if it came in, I got the same answer as before but she HR said as soon as it comes back we would get you in for orientation so you could start. I didnt understand why it was taking so long. Other jobs I worked for like Walmart, Exxon, KB-toys, Target ext. took only about 2 days to get it back so I had no idea why it was taking longer. I wasnt worried but figured they were just behind. and as soon as it did come in I would start. I have nothing on my Background that would prevent me from being hired. So I decided to give it a few more days and if I didnt hear from them I would call K-mart back. About 4 days later I still didnt hear anything so I called back again. This time HR told me they did recieve my drug test and that was good but I unfortanetly did not pass my background check. I told her I dont understand and asked why I didnt pass she said she had no idea she gets it from corporate. I asked if she could run it again and said unfortanetly I cant do that, but if you want you could call corporate to find out whats going on. I asked if I got the ok from corporate could I still have the job she said yes. So I called corporate about the situation. & filed a complain →

I left them my name and number asking them to please call me back and explain why my background check didnt go throu. I left them what store I was offered the job to and the location of that k-mart hoping they would look into it, and hoping it was just a mistake. I called them and left messages for them to return my phone call about 3 different times and never got a call back not even to explain why I didnt pass. I was very upset and frustrated the time it took taking the bus back in forth to interviews, finding the right bus to take so I could do my drug test. Finding the money so I could take the bus + having to borrow money so I could get the right color pants I needed to wear. Constantly calling kmart to get my status. All the days I spent pretty much waiting by the phone so I wouldnt miss there call. Getting that job was important to me at the time and for them to say I didnt get the job and not even explaing why I didnt, is more frustrating. I really hope this lawsuit opens there eyes because what they did was wrong. I still would like to know why and have them explain it to me. Since then I have had a few jobs living in

Colorado for 4 yrs and now Prescott. I am a certified caregiver and Med Tech and not once I was told I didnt get the job because of my background. I have always passed. K-mart was the only place to ever say I did not pass the background check and deny me employment.

Thank You For Your Time
Janet S. Stacey

*[signature]*



PHOENIX AZ 850 08 APR 2013 PM 2 L

Clerk of the Court
United States District Court
701 E. Broad Street
Richmond, VA 23219

Janet Stacey
307 N. Pleasant St
Apt 2
Prescott Az. 86301