TO Honorable Judge of United States
District Eastern District of Virginia
Richmond Division.

RECEIVED

APR 22 2013

CLERK, U.S. DISTRICT COURT
RICHMOND, VA

Civil Action No.
3:11-cv-697

I'm writing on behalf of a
Notice of Class Action settlement.
My name is Lisa M. Johnson
I live in Myrtle Beach, SC.
I Applied for a job at Kmart
in Oct. of 2008. I was cleared
and Hired oct. 15, 2008 about 6 month
later I Applied for the HR possion
and did two weeks training and
K-MART (Sears) did another back ground
Check and this one did not clear.
they than said to send all kinds of
Records from Florida and layed me
off work for 3 misdormeadors
that happend in 2005, + 2007
I never stole anything and I sent
All the information to them. K-MART
MANAGER At the time was Rick Summers
who Also sent a letter of Recommendation

They Still didn't want me to work for them. Witch put me in hard times I did collect unemployment but that only gave me $96.00 A week Not even enough to cover my child Support payments. I really liked working for them. What I'd like to have done is that they could give me a job back or if possible pay me for the 1 year that I was there. I would Still have kept my job there if it wasn't for this. I haven't been in Any trouble seens than and its going on ten years people can and do change there lives. Thanks to everyone that is hearing me on this.

Thanks,,

Lisa M. Johnsen



Lisa M. Johnson
202 N. Oak St.
Myrtle Beach, SC
29577

COLUMBIA SC 290
18 APR 2013 PM 2 L

Clerk of the Court
United States District Court
701 East Broad Street
Richmond VA 231